IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kelly Robinson, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00718 |
| v. | : | Judge Graham |
| Nationstar Mortgage, LLC, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Defendants Nationstar Mortgage, LLC and NSM Recovery Services, LLC's October 9, 2012 motion to extend the pleading deadline (doc. 13) is GRANTED. Defendants must file an answer to the claims not addressed in their motion to dismiss within fourteen days of the Court's ruling on its motion to dismiss.

s/ Mark R. Abel
United States Magistrate Judge